

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00542-CR

| | | |
|---|---|---|
| Kasey Marilyn Green | § | From County Criminal Court No. 2 |
| | § | of Tarrant County (1213756) |
| v. | § | January 24, 2013 |
| | § | Per Curiam |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM



# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00542-CR
### NO. 02-12-00543-CR

KASEY MARILYN GREEN                                                    APPELLANT

V.

THE STATE OF TEXAS                                                         STATE

----------

## FROM COUNTY CRIMINAL COURT NO. 2 OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Appellant Kasey Marilyn Green attempts to appeal from her convictions for DWI. The trial court's certifications state that "the defendant has waived the right of appeal." *See* Tex. R. App. P. 25.2(a)(2). On November 15, 2012, we notified Green that these appeals would be dismissed pursuant to the trial court's certifications unless she or any party desiring to continue the appeals filed a

---

[1]*See* Tex. R. App. P. 47.4.

response on or before November 26, 2012, showing grounds for continuing them.  *See* Tex. R. App. P. 25.2(d), 44.3.  We have not received a response. Therefore, in accordance with the trial court's certifications, we dismiss these appeals.  *See* Tex. R. App. P. 43.2(f).

PER CURIAM

PANEL:  MEIER, J.; LIVINGSTON, C.J.; and GABRIEL, J.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  January 24, 2013